# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. MOYES, | CASE NO.  1:10-mc-00021-SKO |
|            Petitioner, | ORDER EXTENDING DEADLINE FOR RESPONSE TO PETITION AND VACATING HEARING |
| v. | |
| UNITED STATES, | |
|            Respondent. | RESPONSE DUE:  JULY 2, 2010 |

    On May 28, 2010, the Court ordered the United States to file a response to the Petition in this matter on or before June 4, 2010, and set a hearing in this matter for June 18, 2010.  Due to apparent service of process issues, the Court hereby modifies its May 28, 2010, order.

    IT IS HEREBY ORDERED that:

1.     The United States shall file a response to the Petition on or before July 2, 2010.

2.     The Petitioner may file a reply to the United States' response on or before July 16, 2010.

3. The hearing currently set for June 18, 2010, is vacated and will be rescheduled if, after the Court reviews the parties' filings, a hearing is deemed necessary.

IT IS SO ORDERED.

Dated:   **June 2, 2010**               /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE